No. 91–5001.  BLOOM v. EHRLICH.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 91–5002.  DANIELS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5003.  GAGER v. UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 91–5004.  BULLOCK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–5008.  PERKINS v. HOGAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–5009.  COLLYMORE v. HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 91–5010.  TURNER v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 91–5011.  RILEY v. WATSON, SUPERINTENDENT, LAWTEY CORRECTIONAL INSTITUTION, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–5012.  DIAZ-REGUERA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5014.  EGEDE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5016.  TAORMINA v. TRIPPETT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 91–5018.  THOMAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5019.  CHRISPEN v. PARTAIN ET UX.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 91–5020.  DUARTE v. UNITED STATES; and
No. 91–5043.  KERRICK v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.